**FILED**

01/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0514

PAUL WILKE,
      Petitioner and Appellant,

vs.

HARTFORD UNDERWRITERS
INSURANCE COMPANY, a/k/a THE
HARTFORD; RICHARD L. SPROUT;
and SHAUNA SPROUT
      Respondent and Appellee.

**ORDER GRANTING
MOTION OF MONTANA
TRIAL LAWYERS
ASSOCIATION FOR LEAVE
TO APPEAR AS AMICUS
CURIAE**

Upon motion of the Montana Trial Lawyers Association ("MTLA") for leave to participate as an *amicus curiae* in the above-caption matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that MTLA'S Motion is GRANTED. MTLA shall file is amicus brief on or before the same date when the Appelant's brief is due.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 15 2021